DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE MARIA-JUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-08-0061-FCD |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
|  | ) | **AND EXCLUDING TIME** |
| JOSE MARIA-JUAREZ, | ) |  |
|  | ) | Date:  March 3, 2008 |
|  | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of March 3, 2008 be vacated, and the matter be set for status conference on April 21, 2008 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 21, 2008 pursuant to 18 U.S.C.

§3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   February 28, 2008.                    Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Public Defender


DATED:   February 28, 2008.                    /s/ Linda C. Harter
                                               LINDA C. HARTER
                                               Chief Assistant Federal Defender
                                               Attorney for Defendant

                                               McGREGOR W. SCOTT
                                               United States Attorney


DATED:   February 28, 2008.                    /s/Kyle Reardon
                                               KYLE REARDON
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff


**O R D E R**

   **IT IS SO ORDERED.**   Time is excluded from today's date through and including April 21, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: February 28, 2008

                                               _____
                                               FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE

2