DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE MARIA-JUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>JOSE MARIA-JUAREZ,<br><br>          Defendant. | NO. CR-S-08-061-FCD<br><br>**STIPULATION AND ORDER VACATING TRIAL-CONFIRMATION AND JURY TRIAL AND SETTING FOR CHANGE OF PLEA**<br><br>Date: January 6, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE, JR., Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the trial-confirmation hearing date of January 6, 2009 and jury trial date of January 13, 2009 be vacated, and the matter set for a change of plea on January 6, 2009 at 10:00 a.m.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 6, 2009 pursuant to 18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:   December 19, 2008

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Public Defender

                                              /s/ Linda C. Harter
                                              LINDA C. HARTER
                                              Chief Assistant Federal Defender
                                              Attorney for Defendant
                                              JOSE MARIA-JUAREZ

Dated:   December 19, 2008        McGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ Linda C. Harter for
                                              DANIEL MCCONKIE, JR.
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

### **O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including January 6, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: December 19, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE